

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER DENYING MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     *Amalinh Phuthavong v. The State of Texas*

Appellate case number:   01-17-00420-CR

Trial court case number: 1471872

Trial court:             178th District Court of Harris County

Date motion filed:       January 14, 2019

Party filing motion:     Amalinh Phuthavong

It is ordered that the motion for en banc reconsideration **DENIED.**

Judge's signature: /s/ ____Justice Peter Kelly_____

☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack, and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss

Date: March 7, 2019